David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) | **Case No. 06-5731 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Napaporn Moore,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>Pfizer Inc., et al.<br>                    Defendants. ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Napaporn Moore, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010          MATTHEWS & ASSOCIATES

By:_____
David P. Matthews
*Attorneys for Plaintiffs*

-1-

DATED: Jan. 12, 2010        DLA PIPER LLP (US)

By: _____
        Michelle W. Sadowsky
        *Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __FEB 1 7 2010__    _____
                            Hon. Charles R. Breyer
                            United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE